## **EXHIBIT 1**

Exhibit 1 is the subject of Plaintiff's Motion to File Under Seal. As such, this Exhibit has been redacted in accordance with L.R. 5.4(b)(1).